## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

GABRIELLE FIGUEROA and DAISY )
FRANKLIN, on behalf of themselves and )
Others similarly situated )
                               )
           Plaintiffs, )    No. 4:17-CV-1393 RLW
                               )
     v. )
                               )
EVERALBUM, INC., )
                               )
         Defendant. )

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion to Dismiss or Transfer (ECF No. 20) is **GRANTED**, in part.   Plaintiffs' Amended Complaint is **DISMISSED** without prejudice.

Dated this 12th day of October, 2017.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE